fnldecree (04/06)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**460 Federal Building**
**100 Centennial Mall North**
**Lincoln, NE 68508**

---

In Re:

    Daniel Dean Egeland and Patsy Jo Egeland      Bankruptcy Proceeding No. 07−41093−TLS
                                                                              Chapter 11

    Debtor(s)

---

## FINAL DECREE

    The estate of the above−named debtor(s) having been fully administratered. It is ordered that:

    1. **N/A** is hereby discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

    2. The Chapter 9/11 case of the above−named debtor(s) is closed.

Dated: May 27, 2009.

                                                                  BY THE COURT:

                                                                    /s/ Thomas L. Saladino
                                                                  Chief Judge

Copies mailed or electronically sent by the court to:
Debtor's Attorney